FILED
Clerk of Court
United States District Court
By PaulSullivan at 12:45 pm, Jul 09, 2026

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** CR126-047 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1951** |
| | ) | **Hobbs Act Extortion Under Color** |
| **ALFONZO WILLIAMS** | ) | **of Official Right** |
| | ) | |
| | ) | **18 U.S.C. § 922(d)** |
| | ) | **Transfer of a Firearm to a** |
| | ) | **Prohibited Person** |

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times relevant to this Indictment ALFONZO WILLIAMS was an elected public official in Burke County, namely: the elected Sheriff for Burke County, within the Southern District of Georgia.

### COUNT ONE
*Hobbs Act Extortion Under Color of Official Right*
18 U.S.C. § 1951

From August 13, 2021, until September 27, 2021, in Burke County, within the Southern District of Georgia, the Defendant,

**ALFONZO WILLIAMS,**

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the Defendant unlawfully obtained United States currency, not due him or his office, from Victim 1, with victim's consent, under color of official right, specifically, the Defendant requested and accepted money from Victim 1 in exchange for dismissing a pending Driving Under the Influence citation in Burke County.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
*Hobbs Act Extortion Under Color of Official Right*
18 U.S.C. § 1951

From September 12, 2021, until September 13, 2021, in Burke County, within the Southern District of Georgia, the Defendant,

## ALFONZO WILLIAMS,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the Defendant unlawfully obtained United States currency, not due him or his office, from Victim 2, with victim's consent, under color of official right, specifically, the Defendant requested and accepted money from Victim 2 in exchange for dismissing a pending Driving Under the Influence citation in Burke County.

All in violation of Title 18, United States Code, Section 1951.

2

## COUNT THREE
*Hobbs Act Extortion Under Color of Official Right*
18 U.S.C. § 1951

On or about January 13, 2022, in Burke County, within the Southern District of Georgia, the Defendant,

## ALFONZO WILLIAMS,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the Defendant unlawfully obtained United States currency, not due him or his office, from Victim 3, with victim's consent, under color of official right, specifically, the Defendant requested and accepted money from Victim 3 in exchange for dismissing a pending Driving Under the Influence citation in Burke County.

All in violation of Title 18, United States Code, Section 1951.

## COUNT FOUR
*Hobbs Act Extortion Under Color of Official Right*
18 U.S.C. § 1951

From on or about February 11, 2022, until March 9, 2022, in Burke County, within the Southern District of Georgia, the Defendant,

### ALFONZO WILLIAMS,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the Defendant unlawfully obtained United States currency, not due him or his office, from Victim 4, with victim's consent, under color of official right, specifically, the Defendant requested and accepted money from Victim 4 in exchange for dismissing a pending Driving Under the Influence citation in Burke County.

All in violation of Title 18, United States Code, Section 1951.

4

## COUNT FIVE
*Hobbs Act Extortion Under Color of Official Right*
18 U.S.C. § 1951

From on or about April 2, 2022, through on or about April 12, 2022, in Burke County, within the Southern District of Georgia, the Defendant,

## ALFONZO WILLIAMS,

did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that the Defendant unlawfully obtained United States currency, not due him or his office, from Victim 5, with victim's consent, under color of official right, specifically, the Defendant requested and accepted money from Victim 5 in exchange for dismissing a pending Driving Under the Influence citation in Burke County.

All in violation of Title 18, United States Code, Section 1951.

5

## COUNT SIX
*Transfer of a Firearm to a Prohibited Person*
18 U.S.C. § 922(d)

On or about January 26, 2023, in Burke County, within the Southern District of Georgia, the Defendant,

## ALFONZO WILLIAMS,

knowingly disposed of a firearm, that is, a Glock pistol, to Individual 1 knowing and having reasonable cause to believe that Individual 1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

{Signatures on the following page}
6

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Timothy P. Dean
Assistant United States Attorney
*Co-lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Tara M. Lyons
Assistant United States Attorney
*Co-lead Counsel

7