**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**LEAVE OF ABSENCE REQUEST**<br>**TARA M. LYONS**<br>**August 25, 2026, through and including September 1, 2026; October 30, 2026, through and including November 6, 2026; November 25, 2026, through and including November 30, 2026** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.:**<br><br>**CR 126-047, A. Williams** |

**<u>MOTION FOR LEAVE OF ABSENCE</u>**

Comes now the undersigned Assistant United States Attorney, Tara M. Lyons, counsel of record for the Government in the above-referenced case, and respectfully requests that the Court grant a leave of absence for the dates below:

- August 25, 2026, through and including September 1, 2026, for personal travel;
- October 30, 2026, through and including November 6, 2026, for personal travel; and
- November 25, 2026, through and including November 30, 2026, for personal travel.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the Government respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the Government in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the Government respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 11th day of August, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No.: 16573
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517
tara.lyons@usdoj.gov