**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **IN RE:** | ) **CASE NO.:** |
| **LEAVE OF ABSENCE REQUEST TARA M. LYONS August 25, 2026, through and including September 1, 2026; October 30, 2026, through and including November 6, 2026; November 25, 2026, through and including November 30, 2026** | ) **CR 126-047, A. Williams** |

**ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Tara M. Lyons for the dates of August 25, 2026, through and including September 1, 2026, for personal travel; October 30, 2026, through and including November 6, 2026, for personal travel; and November 25, 2026, through and including November 30, 2026, for personal travel; same is hereby GRANTED.

This ______ day of ________________________, 2026.

_________________________________
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA