**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:26-CR-047** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALFONZO WILLIAMS** | ) | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the Index of Discovery provided with the discovery production, were made available to defense counsel via a flash drive on August 13, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No.: 16573
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517
tara.lyons@usdoj.gov

*/s/ Timothy P. Dean*
Timothy P. Dean
Assistant United States Attorney
GA Bar No. 506124
Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: TDean@usdoj.gov